## United States District Court
### Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI33 | 9622175 | Wilson | 1098 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/20/25 | 18 USC 1701 |

Place of Offense

Park Grove PO Detroit, MI

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Obstruction of US Mail

**DEFENDANT INFORMATION** | Phone: ( 586 ) 563 - 6623

| Last Name | First Name | M.I. |
|---|---|---|
| Kelley | Jaclen | D |

Street Address

21712 Cushing Ave

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Eastpointe | MI | 48021 | 07/26/99 |

Drivers License No. | CDL ☐ | D.L. State | Social Security No.

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Brown | Eyes Brown | Height 5'8 | Weight 230

**VEHICLE** VIN:                                                CMV ☐

Tag No. | State | Year | Make/Model | PASS ☐ | Color

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| | $ _____ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ _____ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9622175*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
          Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
          Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident